```
Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 1850
Los Angeles, California 90014
Tel: (213) 689-3014    Fax: (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| MARDIROSIAN, KRISTOPHER and AVAKIAN-MARDIROSIAN, SETA | ) Case No. LA 00-29879 ES |
| | ) |
| | ) ORDER DISMISSING CHAPTER 13 CASE |
| | ) WITH 180-DAY BAR TO REFILING |
| | ) PURSUANT TO 11 U.S.C. §109(g) AS TO |
| | ) DEBTOR KRISTOPHER MARDIROSIAN; AND |
| | ) ORDER DISMISSING CHAPTER 13 CASE AS |
| | ) TO SETA AVAKIAN-MARDIROSIAN |
| | ) |
| | ) Date:  September 20, 2000 |
| | ) Time:  9:30 A.M. |
| Debtor(s). | ) Place: Courtroom 1645 |
| | )        255 E. Temple Street |
| | )        Los Angeles, CA 90012 |

The Notice of Confirmation hearing having been filed and served and debtor KRISTOPHER MARDIROSIAN having willfully failed to appear in proper prosecution of this case as required under Chapter 13; debtor SETA AVAKIAN-MARDIROSIAN having appeared through her attorney as noted on the record, but having failed to make the pre-confirmation payments required under Chapter 13, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The order for relief resulting from the filing of the petition is set aside and vacated;

2. All stay and restraining orders arising under Bankruptcy Code §362(a) and §1301 are vacated and dissolved; and

3. The petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

IT IS FURTHER ORDERED THAT debtor KRISTOPHER MARDIROSIAN is prohibited from filing a bankruptcy proceeding under Title 11 U.S.C. within one-hundred eighty (180) days from the date of entry of this order, unless prior permission is obtained from the Court.

DATED: 9/28/00

UNITED STATES BANKRUPTCY JUDGE

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re: MARDIROSIAN, KRISTOPHER and
    AVAKIAN-MARDIROSIAN, SETA
    Case No. LA 00-29879 ES

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on September 25, 2000 I served the within ORDER DISMISSING CHAPTER 13 CASE WITH 180-DAY BAR TO REFILING PURSUANT TO 11 U.S.C. §109(g) AS TO DEBTOR KRISTOPHER MARDIROSIAN; AND ORDER DISMISSING CHAPTER 13 CASE AS TO SETA AVAKIAN-MARDIROSIAN on all interested parties in this action by mail at the following addresses:

[Debtor]
Kristopher Mardirosian
Seta Avakian-Mardirosian
324 S. Fisher, #6
Glendale, CA 91205


[Debtor's Atty.]
Yeznik O. Kazandjian, Esq.
1310 S. Central Avenue
Glendale, CA 91204

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on September 25, 2000.

Elsa P. Samaniego

-1-