RECEIPT NO: LA022380

U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

05/28/2002 13:30:18
OPER ID: 761

# RECEIPT FOR PAYMENT

PAYOR: CURRY, NANCY

| TYPE | DESCRIPTION | CASE NO | DEBTOR'S NAME | | AMOUNT | AMT DUE |
|---|---|---|---|---|---|---|
| 736 | Undistributed Funds | LA00-29879-ES | MARDIROSIAN, KRISTOPHER | | 150.00 | |
| | | | | | 150.00 | TOTAL |
| | | | | K | 150.00 | TENDER |
| | | | | | 0.00 | CHANGE |



ss

Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 1850
Los Angeles, CA 90014
(213) 689-3014 FAX (213) 689-3055




UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Ch 13

In re:

Mardirosian, Kristopher

Avakian-Mardirosian, Seta

Case No.: LA 00-29879 ES

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 30111)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 476687 in the sum of $150.00 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the same and address of the party entitled to said unclaimed dividend to be:

Mardirosian, Kristopher
Avakian-Mardirosian, Seta

324 South Fisher, #6
Glendale, CA 91205

Date: 5/20/02

NANCY CURRY